**Entered on Docket**
**September 24, 2007**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed: September 24, 2007**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:                                                        Case Number: 07-40535-LJT

MEI-LIN COOPER                                      Chapter: 7

                              Debtor(s)/

---

## ORDER REOPENING CASE AND VACATING DISCHARGE AND FINAL DECREE

On **May 30, 2007**, the Clerk's Office entered the Order of Final Decree on the above captioned case. However, the debtor's social security number was incorrectly entered on the Court's database, and the Order Discharging Debtor and Final Decree was issued with the incorrect social security number..

In light of the above and good cause appearing,

IT IS ORDERED that the case is Reopened and the discharge and Final Decree in the above captioned case is  vacated.

**\*\*END OF ORDER\*\***

1
2
3                        **COURT SERVICE LIST**
4    All Recipients
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28